UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 4:19-cv-0191-RWS |
| IWALA INC., a Missouri corporation, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that the Defendant Iwala Inc. has reached a settlement in principle with Plaintiff Fred Nekouee. Said parties expect to finalize the settlement in the next 14 days.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (MO #37687)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

## CERTIFICATE OF SERVICE

I certify that on August 26, 2019, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze (MO #37687)