UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 191 RWS |
| ) | |
| IWALA, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having been notified that this action has settled,

**IT IS HEREBY ORDERED** that the June 6, 2020 non-jury trial setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.  Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of August, 2019.