UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 4:19-cv-0191-RWS |
| | : |
| IWALA INC., | : |
| a Missouri corporation, | : |
| | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant IWALA INC., by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Except as otherwise agreed, Plaintiff and Defendant shall each bear their own costs and attorney's fees.

DATE:  September 18, 2019

Respectfully submitted,

*/s/Robert J. Vincze*
Robert J. Vincze (MO # 37687)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/Zachary S. Merkle*
Timm W. Schowalter, #45831MO
Zachary S. Merkle, #68258MO
600 Washington Avenue, 15th Floor
Saint Louis, Missouri 63101
314-231-3332; 314-241-7604 (Fax)

1

tschowalter@sanbergphoenix.com
zmerkle@sandbergphoenix.com
*Attorneys for Defendant Iwala Inc.*

## CERTIFICATE OF SERVICE

    I certify that on September 18, 2019, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze (MO #37687)