# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No: 4:19 CV 191 RWS |
| | ) |
| IWALA, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff Fred Nekouee's action is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Joint Stipulation of Dismissal with Prejudice [ECF No. 19]. Except as otherwise agreed, the parties shall each bear their own costs and attorney's fees.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of September 2019.